IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAVID L. JOHNSON, | : |
|     Plaintiff, | : |
| vs. | :   CIVIL ACTION 05-0196-WS-M |
| ISAAC MOODY, et al., | : |
|     Defendants. | : |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the Recommendation to which objection is made, the Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) is ADOPTED as the opinion of this Court.  It is ORDERED that Plaintiff's complaint be and is hereby DISMISSED with prejudice.

DONE this 4th day of April, 2006.

S/WILLIAM H. STEELE
UNITED STATES DISTRICT JUDGE