```
         IN THE UNITED STATES DISTRICT COURT FOR THE
                 SOUTHERN DISTRICT OF ALABAMA
                       SOUTHERN DIVISION
```

DAVID L. JOHNSON,                     :

    Plaintiff,                        :

vs.                                   :   CIVIL ACTION 05-0196-WS-M

ISAAC MOODY, et al.,                  :

    Defendants.                       :

<u>JUDGMENT</u>

It is ORDERED, ADJUDGED, and DECREED that Plaintiff's complaint be and is hereby DISMISSED with prejudice.

DONE this 4th day of April, 2006.

<u>S/WILLIAM H. STEELE</u>
UNITED STATES DISTRICT JUDGE